# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 25-1243, Richard Grenell v. Olivia Troye |
| **Originating No. & Caption** | 1:24-cv-00646 (RDA/WEF), Richard Grenell v. Olivia Troye |
| **Originating Court/Agency** | United States District Court for Eastern District of Virginia |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | 02/27/2025 | |
| Date notice of appeal or petition for review filed | 03/13/2025 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | 03/14/2024 (Petition for Fees) | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ● No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ○ Yes | ● No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ● No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This case involves Plaintiff-Appellant's suit against Defendant-Appellee for defamation and defamation per se. Specifically, Defendant-Appellee stated, in response to a question as to whether someone has proof that Plaintiff-Appellant "used to hang out with Nazis," stating, "I do." Defendant Appellee continued, stating, "Grenell tried to get Mike Pence to attend a white supremacist gathering during one of his overseas trips." Both of these statements are false and defamatory.<br><br>The district court erred, granting Defendant-Appellee's motion to dismiss, finding the statements were incapable of a defamatory meaning and did not qualify as defamatory per se. In lieu of filing an Amended Complaint, Plaintiff-Appellant filed his notice of appeal. |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Whether the district court erred in dismissing Plaintiff-Appellant's Complaint for failure to state a claim.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: Olivia Troye | Adverse Party: Olivia Troye |
|---|---|
| Attorney: Mark Zaid<br>Address: Mark S. Zaid, P.C.<br>1250 Connecticut Avenue, N.W.<br>Washington, D.C. 20036 | Attorney: Grace H. Williams<br>Address: Fluet<br>1751 Pinnacle Drive, Suite 1000<br>Tysons, Virginia 22120 |
| E-mail: mark@markzaid.com | E-mail: gwilliams@fluet.law |
| Phone: N/A | Phone: (703) 590-1234 |

**Adverse Parties (continued)**

| Adverse Party: Olivia Troye | Adverse Party: |
|---|---|
| Attorney: Thomas M. Craig<br>Address: Fluet<br>1751 Pinnacle Drive, Suite 1000<br>Tysons, Virginia 22120 | Attorney:<br>Address: |
| E-mail: tcraig@fluet.law | E-mail: |
| Phone: (703) 590-1234 | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Richard Grenell<br><br>Attorney: Jesse R. Binnall<br>Address: Binnall Law Group<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314<br><br>E-mail: jesse@binnall.com<br><br>Phone: (703) 888-1943 | Name: Richard Grenell<br><br>Attorney: Jason C. Greaves<br>Address: Binnall Law Group<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314<br><br>E-mail: jason@binnall.com<br><br>Phone: (703) 888-1943 |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Jason C. Greaves     **Date:** March 31, 2025

**Counsel for:** Appellant Richard Grenell

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on __3/31/2025__ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| Mark Zaid, mark@markzaid.com<br>Mark S. Zaid, P.C.<br>1250 Connecticut Avenue, N.W.<br>Washington, D.C. 20036 | Thomas M. Craig, tcraig@fluet.law<br>Grace H. Williams, gwilliams@fluet.law<br>Fluet<br>1751 Pinnacle Drive, Suite 1000<br>Tysons, Virginia 22120 |

Signature: /s/ Jason C. Greaves     Date: March 31, 2025