FILED: July 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1243
(1:24-cv-00646-RDA-WEF)

_____

RICHARD GRENELL

      Plaintiff - Appellant

v.

OLIVIA TROYE

      Defendant - Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, this case is remanded to the district court for further proceedings.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK